[No. 42289-1-II.   Division Two.   April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD JOHN PAUL CHIEF GOES OUT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00368-3, Edmund Murphy, J., entered June 17, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42352-9-II.   Division Two.   April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ALLEN BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00538-7, Nelson E. Hunt, J., entered July 6, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42421-5-II.   Division Two.   April 30, 2013.]

HAROLD SPROUSE, *Respondent*, v. LEWIS COUNTY SHERIFF'S DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-2-00641-7, Stephen M. Warning, J. Pro Tem., entered July 20, 2011. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42535-1-II.   Division Two.   April 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT CURTIS MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01792-5, Robert A. Lewis, J., entered August 15, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Hunt, J.